**Order entered September 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00356-CR
No. 05-16-00357-CR
No. 05-16-00358-CR

**DERRICK JEREAU JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-50866-V, F15-00303-V & F15-00304-V**

## ORDER

We **GRANT** appellant's September 9, 2016 second motion to extend time to file his brief and **ORDER** his brief filed no later than October 12, 2016.

/s/     LANA MYERS
        JUSTICE